748

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAYMOND GORDON BLADES, Defendant-Appellant.

(Nos. 71-226, 72-110 cons.;

Second District—October 24, 1972.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Ralph Ruebner, of Defender Project, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, (James W. Jerz, of counsel,) for the People.